# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 27, 2026

***Via ECF***

Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re.    ***United States v. Dwayne Richardson***
       ***26 Cr. 124 (JAV)***

Dear Judge Vargas,

I write without objection from the Government to request that the Court extend the Rule 12 deadline in the above-captioned case by two weeks. The extension is necessary to facilitate my ability to finish reviewing the discovery with Mr. Richardson and continue discussions about a pre-trial resolution that would obviate the need for Rule 12 motion practice.

I thank the Court for its consideration of this unopposed request.

Respectfully submitted,

/s/

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Enclosure

cc:    Counsel of record

The Defendant's request for an extension of the Rule 12 deadline is GRANTED. Defense's Rule 12 motion is due June 10, 2026; the Government's opposition is due June 24; defense reply is due July 1. The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.
Dated: May 28, 2026

JEANNETTE A. VARGAS
United States District Judge