**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 22, 2026

**By ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re: *United States v. Dwayne Richardson*, 26 Cr. 124 (JAV)**

Dear Judge Vargas:

The Government respectfully writes jointly with defense counsel in accordance with the Court's July 8, 2026 order that the parties propose a schedule in advance of the February 22, 2027 trial in this case. The parties have conferred and propose the following pretrial deadlines for the Court's consideration:

- December 18, 2026: Expert disclosures
- January 6, 2027: Government Rule 404(b) notice
- January 19, 2027 ~~January 25, 2027:~~ Motions *in limine*
- February 2, 2027: Proposed *voir dire*, requests to charge, and verdict form
- February 2, 2027 ~~February 8, 2027:~~ Oppositions to motions *in limine*
- February 10, 2027: Government 3500 material, exhibit list, and witness list
- February 12, 2027: Defense Rule 16 material, Rule 26.2 statements, and witness list
- February 16, 2027, at 11:00 a.m.: Final pretrial conference

These dates are approved, with the exception of the dates for briefing of any motions in limine, which shall be as set forth above.

Respectfully submitted,

JAY CLAYTON
United States Attorney

**SO ORDERED:**

by: /s/
Nicholas D. Pavlis
Assistant United States Attorney
(212) 637-1068

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 22, 2026

cc: Andrew Dalack, Esq. (by ECF)